1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 INVENTUS POWER, INC., et al.,                        Case No.: 2:20-cv-02051-JAD-NJK

         Plaintiff(s),

8                                                                          **ORDER**

v.

9                                                                    [Docket No. 1]

SHENZHEN ACE BATTERY CO., LTD.,

10

         Defendant(s).

11

12        Pending before the Court is Plaintiffs' motion to transfer its motion to compel document

13 production and deposition testimony from third party CBAK Energy Technology, Inc. ("CBAK")

14 to the Northern District of Illinois.  Docket No. 1.

15        In this District, civil actions "must be filed in the clerk's office for the unofficial division

16 of the court in which the action allegedly arose."  Local Rule IA 1-8.  The subpoena in this action

17 commands third party CBAK to appear for a deposition at the Regus Business Center in Reno,

18 Nevada.  *See* Docket No. 2-1 at 2.

19        Accordingly, it is hereby **ORDERED** that this action is transferred to the unofficial

20 northern division of this District for all further proceedings.  The Clerk's Office is **INSTRUCTED**

21 to transfer and open this matter as a new action under a new docket number in the northern division

22 and to close this case without prejudice.

23        IT IS SO ORDERED.

24        Dated: November 10, 2020

25                                                                    _____

                                                                          Nancy J. Koppe

26                                                                    United States Magistrate Judge

27

28