UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INVENTUS POWER, INC., et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SHENZHEN ACE BATTERY CO., LTD.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 3:20-CV-0636-RCJ-CLB<br><br>**ORDER** |

　　Before the court is plaintiff's motion to transfer its motion to compel document production and deposition testimony from third party CBAK Energy Technology, Inc. to the Northern District of Illinois (ECF No. 1). Plaintiff filed an affidavit of service of the motion to transfer and the motion to compel on the third party and no objection or opposition has been filed (ECF No. 22). Therefore, the motion to transfer plaintiff's motion to compel document production and deposition testimony from CBAK to the Northern District of Illinois (ECF No. 1) is **GRANTED.**

**DATED**: December 2, 2020.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**